United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                                                    NO. 3:16-mj-1094-J-PDB

**DAVID CHRISTOPHER MARTIN**

## Clerk's Minutes

| **Proceeding** | Initial Appearance on Complaint out of WDVA and |
|---|---|
| **Date** | April 6, 2016 |
| **Time** | 3:33–49 p.m. |
| **Judge** | Patricia Barksdale, United States Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen, Courtroom Deputy |
| **Counsel for United States** | Kelly Karase, Assistant United States Attorney |
| **Counsel for Defendant** | Maurice Grant, Assistant Federal Defender |
| **Pretrial Services Officer** | Patrick Sheridan, United States Pretrial Services Officer |
| **Filed in Open Court** | Waiver of Various Rule 5 Rights |
| **Digital/Reporter** | Digital |

Judge Barksdale asked Mr. Grant to appear for possible appointment.

Mr. Martin was arrested on April 5, 2016, in the Middle District of Florida on a sworn complaint, supported by an affidavit, out of the Western District of Virginia.

Judge Barksdale advised Mr. Martin of his right to remain silent.

Judge Barksdale asked Mr. Martin questions to assess competency.

Judge Barksdale advised Mr. Martin of the charge and the maximum penalties, the right to counsel, and the right to self-representation. Mr. Martin requested court-appointed counsel. Ms. Loeschen placed him under oath, and Judge Barksdale questioned him about his financial condition. Based on his responses, Judge Barksdale found that he was unable to afford counsel and appointed the Federal Defender's Office to represent him in this case while in this district. A written order will follow.

Judge Barksdale advised Mr. Martin of his right to a preliminary hearing absent an indictment, the production-of-a-warrant and identity requirements, and Federal Rule of Criminal Procedure 20.

Mr. Grant advised the Court that Mr. Martin waives his rights to an identity hearing and production of the warrant and any rights he has to preliminary and detention hearings in this district, reserving his right to have those hearings conducted in the Western District of Virginia. After questioning, Judge Barksdale accepted Mr. Martin's waivers, finding them knowingly, intelligently, and voluntarily made. Messrs. Grant and Martin executed and filed a written waiver. A written order will follow.

Judge Barksdale ordered Mr. Martin remanded to the custody of the Attorney General for transportation to the Western District of Virginia. A written order will follow.