United States District Court
Middle District of Florida
*Office of the Clerk of Court*

300 NORTH HOGAN STREET, SUITE 9-150   SHERYL L. LOESCH, CLERK
JACKSONVILLE, FLORIDA 32202   JIM LEANHART, DIVISION MANAGER
(904) 549-1900   www.flmd.uscourts.gov

April 6, 2016

Clerk of Court
United States District Court
Western District of Virginia

**Re:  Transfer of Criminal Case,**
      *U.S. v. Martin,* **WDVA No. 7:16-mj-50; MDFL No. 3:16-mj-1094-PDB**

Dear Sir or Madam:

    Attached are certified copies of the filings in this case. Please acknowledge receipt of them by signing the attached copy of this letter and returning the signed copy of this letter to the above address. Thank you.

SHERYL L. LOESCH, CLERK

*/S/ Angela Loeschen*
Deputy Clerk

Attachments

---

### Acknowledgment of Receipt

I acknowledge receipt of this letter and its attachments on _____.

_____
Signature

_____
Printed Name